# United States Bankruptcy Court
## District of Massachusetts

| | | | |
|---|---|---|---|
| In re: | **Paul M Dorazio, Sr.** | Case No.: | **21-40361** |
| | **AKA Paul M Dorazio** | Chapter: | **7** |
| | Debtor | | |
| Address: | **82 Highland Street** | | |
| | **Milford, MA 01757** | | |

Employer's Tax Identification (EIN) No(s).:

Last four digits of Social Security No(s). :   **xxx-xx-0069**

## NOTICE OF DEATH

Notice is hereby given that:

1.   Debtor died on June 14, 2021.

2.   Debtor's resided at 82 Highland Street, Milford, MA 01757 at the time of his death.

3.   To the best of the undersigned's knowledge, no estate has been filed in the Worcester Probate and Family Court or any other court.

4.   Paul M. Dorazio, Jr., 1-352-246-8490, a resident of Florida, reported the death to the undersigned.

Date **August  3, 2021**

Signature **/s/ Thomas J Baker**
Name **Thomas J Baker 566749 MA**
Address **Thomas J Baker BBO 566749**
**86 Church Street**
**Whitinsville, MA 01588**

CERTIFICATE OF SERVICE

    I, Thomas J. Baker, certify that on August 3, 2021 a true copy of the within notice was served via ECF on the Chapter 7 Trustee, the Assistant U.S. Trustee and by first class mail, postage prepaid on the following:

Bank of America
PO Box 982238
El Paso, TX 79998

Bank of America, N.A.
4909 Savarese Circle
FL1-908-01-47
Tampa, FL 33634

                /s/Thomas J. Baker
                Thomas J. Baker