UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re Paul M. Dorazio, Sr., Debtor          Chapter 7, Case No. 21-40361-CJP

NOTICE OF ABANDONMENT

Janice G. Marsh, the trustee, intends to abandon, pursuant to 11 U.S.C. section 554(a), the following property:

"Pension" listed on [1] Schedule A/B, no. 21.2. with a stated "unknown" value ("Property")

On July 6, 2021, the trustee filed [13] an objection to the Property because she had not received from the debtor any information to support the claim of exemption in the Property that she had requested.[1] On August 3, the debtor's attorney filed [16] a Notice of Death of the debtor on June 14, 2021.

On August 12, the debtor's attorney filed [20] a Debtor's Response to Chapter 7 Trustee's Objection to Exemptions, in which the debtor's attorney wrote the following:

1. In para. 4, "The undersigned did speak with a Fidelity representative and to paraphrase his response was 'Every Walgreens Retirement Savings Plan is ERISA qualified but I cannot give you any specific information about Mr. Dorazio's account'"[];
2. in para. 6, "When the undersigned met with the debtor to file his petition, the debtor told the undersigned that he received a check each month in the amount of $401.00 which was a monthly payment he received for a pension that he had with the Miami Herald. This amount was noted on Schedule I[]"; and
3. in para. 7, "Due to the death of the debtor, it is impossible for the undersigned to provide the Court or the Chapter 7 Trustee with any further information regarding the 401(k) or the pension except to note that retirement accounts and pensions are by definition ERISA qualified and exempt assets of the debtor."

Considering the above representations, the trustee is unable to prove that the Property is not exempt. As a result, she has concluded, in her business judgment, that the property should be abandoned.

Respectfully Submitted,

---

[1] The trustee also objected to the "401(k): Fidelity" retirement account, listed on the [1] Sch. A/B, no. 21.1. On Aug. 3, she received from the debtor's attorney an email, attached to which is a document generated by Fidelity, specifically, a statement titled "Walgreens Retirement Savings Plan" and "Retirement Savings Plan," which shows an ending balance as of June 7 of $82,573.35, compared with the amount of $72,000.00 on Sch. A/B, no. 21.1. Relying upon the Fidelity document, as well as a QdroDesk document regarding the Walgreen Profit Sharing Retirement Plan that the trustee obtained online, she believes that the retirement account listed on [1] Sch. A/B, no. 21.1 is exempt.

/s/ Janice G. Marsh
Janice G. Marsh, Trustee
Janice G. Marsh, LLC
210 Park Avenue, No. 356
Worcester, MA  01609
Telephone 978-621-4296
jgmarsh@janicegmarshllc.com
BBO No. 638575