# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| IN RE:<br><br>PAUL M DORAZIO, SR | CASE NO: 21-40361<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 22 |
|---|---|

On 9/21/2021, I did cause a copy of the following documents, described below,

Notice of Abandonment ECF Docket Reference No. 22

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/21/2021

/s/ Janice G. Marsh 21-40361
Janice G. Marsh 21-40361   638575

Janice G. Marsh, LLC
210 Park Avenue
Worcester, MA  01609
978 621 4296

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br><br>PAUL M DORAZIO, SR | CASE NO: 21-40361<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7<br>ECF Docket Reference No. 22 |

On 9/21/2021, a copy of the following documents, described below,

Notice of Abandonment ECF Docket Reference No. 22

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/21/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Janice G. Marsh 21-40361
Janice G. Marsh, LLC
210 Park Avenue
Worcester, MA  01609

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                              EXCLUDE                          BANK OF AMERICA
  LABEL MATRIX FOR LOCAL NOTICING      WORCESTER                        PO BOX 982238
01014                                  U S BANKRUPTCY COURT             EL PASO TX 79998-2238
CASE 21-40361                          595 MAIN STREET
DISTRICT OF MASSACHUSETTS              WORCESTER MA 01608-2060
WORCESTER
MON SEP 20 17-29-43 EDT 2021


                                                                        DEBTOR
BANK OF AMERICA NA                     JANICE MARSH                     PAUL M DORAZIO SR
4909 SAVARESE CIRCLE                   JANICE G MARSH LLC               82 HIGHLAND STREET
FL1-908-01-47                          210 PARK AVENUE                  MILFORD MA 01757-1819
TAMPA FL 33634-2413                    NO 356
                                       WORCESTER MA 01609-2246



RICHARD KING                           THOMAS J BAKER
OFFICE OF US TRUSTEE                   86 CHURCH ST
446 MAIN STREET                        WHITINSVILLE MA 01588-1416
14TH FLOOR
WORCESTER MA 01608-2361
```

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(Trustee)
Janice Marsh
Janice G. Marsh, LLC
210 Park Avenue
No. 356
Worcester, MA 01609
represented by:
Janice Marsh
Janice G. Marsh, LLC
210 Park Avenue
No. 356
Worcester, MA 01609

JGMarsh@janicegmarshllc.com

Richard King
Office of US. Trustee
446 Main Street
14th Floor
Worcester, MA 01608
(Assistant U.S. Trustee)

USTPRegion01.WO.ECF@USDOJ.GOV

(Debtor)
Paul M Dorazio, Sr.
82 Highland Street
Milford, MA 01757
represented by:
Thomas J. Baker
86 Church St.
Whitinsville, MA 01588

tom@thomasjbakerlaw.org

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re Paul M. Dorazio, Sr., Debtor          Chapter 7, Case No. 21-40361-CJP

NOTICE OF ABANDONMENT

Janice G. Marsh, the trustee, intends to abandon, pursuant to 11 U.S.C. section 554(a), the following property:

"Pension" listed on [1] Schedule A/B, no. 21.2. with a stated "unknown" value
("Property")

On July 6, 2021, the trustee filed [13] an objection to the Property because she had not received from the debtor any information to support the claim of exemption in the Property that she had requested.[1] On August 3, the debtor's attorney filed [16] a Notice of Death of the debtor on June 14, 2021.

On August 12, the debtor's attorney filed [20] a Debtor's Response to Chapter 7 Trustee's Objection to Exemptions, in which the debtor's attorney wrote the following:

1. In para. 4, "The undersigned did speak with a Fidelity representative and to paraphrase his response was 'Every Walgreens Retirement Savings Plan is ERISA qualified but I cannot give you any specific information about Mr. Dorazio's account'"[];
2. in para. 6, "When the undersigned met with the debtor to file his petition, the debtor told the undersigned that he received a check each month in the amount of $401.00 which was a monthly payment he received for a pension that he had with the Miami Herald. This amount was noted on Schedule I[]"; and
3. in para. 7, "Due to the death of the debtor, it is impossible for the undersigned to provide the Court or the Chapter 7 Trustee with any further information regarding the 401(k) or the pension except to note that retirement accounts and pensions are by definition ERISA qualified and exempt assets of the debtor."

Considering the above representations, the trustee is unable to prove that the Property is not exempt. As a result, she has concluded, in her business judgment, that the property should be abandoned.

Respectfully Submitted,

---

[1] The trustee also objected to the "401(k): Fidelity" retirement account, listed on the [1] Sch. A/B, no. 21.1. On Aug. 3, she received from the debtor's attorney an email, attached to which is a document generated by Fidelity, specifically, a statement titled "Walgreens Retirement Savings Plan" and "Retirement Savings Plan," which shows an ending balance as of June 7 of $82,573.35, compared with the amount of $72,000.00 on Sch. A/B, no. 21.1. Relying upon the Fidelity document, as well as a QdroDesk document regarding the Walgreen Profit Sharing Retirement Plan that the trustee obtained online, she believes that the retirement account listed on [1] Sch. A/B, no. 21.1 is exempt.

/s/ Janice G. Marsh
Janice G. Marsh, Trustee
Janice G. Marsh, LLC
210 Park Avenue, No. 356
Worcester, MA 01609
Telephone 978-621-4296
jgmarsh@janicegmarshllc.com
BBO No. 638575

## Janice G. Marsh

| | |
|---|---|
| **From:** | donotreply4@bkattorneyservices3.com |
| **Sent:** | Tuesday, September 21, 2021 11:30 AM |
| **To:** | Janice G. Marsh |
| **Subject:** | MAILING COMPLETED | CASE NO: 21-40361 | NAME: PAUL M DORAZIO, SR |TRACKING NUMBER: 6132443815 |
| **Attachments:** | COS.pdf |

DO NOT REPLY TO THIS EMAIL. THIS MAILBOX IS NOT MONITORED. ANY REPLY YOU MAKE WILL NOT BE RECEIVED.

MAILING COMPLETED
---------------------------
CASE NO: 21-40361
NAME: PAUL M DORAZIO, SR
TRACKING NUMBER: 6132443815

WE APPRECIATE YOUR SKILL IN RECOGNIZING THE VALUE OF OUTSOURCING YOUR MAIL!
Would you please consider referring our service to one of your colleagues? We would appreciate the new customer and they would appreciate the fact that you turned them onto one of the best office admin tools ever for bankruptcy practitioners. In addition, the larger our client pool gets, the more leverage we we have in purchasing supplies. This allows us to keep your costs down!

Thank you for using www.certificateofservice.com. Your business is important to us. Please find the certificate of service attached hereto. You may now file this certificate on ECF/PACER to prove up your service requirement. PLEASE TAKE NOTE: You are responsible for compliance with all local rules.
Our generic certificate may not satisfy your local rules in which case, you will need to create your own local rule compliance service document and attach our certificate as an exhibit.We apologize for any inconvenience. If you would like us to work with your local Clerk or Judge, we will be happy to reach out to them.

May we ask you to leave a review of our services at CertificateofService.com?
If you would, we would be grateful for your positive review of your experience with us.
If you did not have a positive experience, please pick up the phone right now and talk to us.
We would like to have the opportunity to make it right.
LEAVE A GOOGLE REVIEW: https://g.page/r/CcTBJYbuMuIdEAg/review.

If you have any questions, please do not hesitate to ask by calling or emailing us at:
helpdesk@bkattorneyservices3.com

YOUR DOCUMENTS ARE NOW IN THE USPS MAILSTREAM. THEY CANNOT BE PULLED BACK.

INVOICE INFORMATION:
-------------------------------------------------------------------------
----------

TRACKING NUMBER:6132443815

THIS JOB WAS PROCESSED BY: Matthew Reinisch Printing Subtotal: $3.50
- Credits Applied: $0.00

1

= Printing: $3.50
+ Postage: $3.48
+ Address List Processing: $.00
+ ECF Access: $.00
+ Miscellaneous: $.00
= Total:　$ 6.98

Thank you for your business!

SPECIAL INSTRUCTIONS:


CLIENT BILLING CODE:


USE THE BELOW LINES IN YOUR FEE APPLICATION Printing Costs: 12 X .15 - 0 = 3.50

Postage Costs: 6 at the 1oz rate = 3.48

ECFACCESS FEE:
-------------------------------------------------------------------
-------------------------------------------------------------------
------------------------
 When we download your master mailing matrix list, we incur a fee from PACER for doing so.  At the present time, we absorb this cost  for you and do not charge you for accessing ECF.

POSTAGE BREAKDOWN:
-----------------------------------------
DOMESTIC MAIL: 6 envelopes @ .58
INTERNATIONAL MAIL: 0 envelopes @ 1.3
CANADA MAIL: 0 envelopes @ 1.3
MEXICO MAIL: 0 envelopes @ 1.3
CERTIFIED MAIL: 0 envelopes @ 7.38
TOTAL NUMBER OF ENVELOPES PRINTED: 6

MATRIX PROCESSING FEE:
-------------------------------------------------------------------
-------------------------------------------------------------------
------------------------
 If you have received a matrix processing fee, it is because the form of the address list is not in conformance with our accepted parameters.
 To understand how to create your own user supplied address list, please view one of the many instructional videos on our website.
 We have included a link here:
www.bkattorneyservices3.com/main/in_017.htm

MISCELLANEOUS FEE(S):
-------------------------------------------------------------------
-------------------------------------------------------------------
------------------------
 If there are miscellaneous charges to your particular job, it is because there was an issue that set your job apart. These typically occur  when there are special considerations for the printing and mailing of your documents.  For example,

2

HIPPA compliance can result in some miscellaneous charges. If you have any questions about them, do not hesitate to contact us at (509) 412-1356.

PRINTING PRICE EXPLANATION: (IMPORTANT!!!)
-----------------------------------------------------------------------
-----------------------------------------------------------------------
-------------------------

It is important to understand how we price our services. The charge of fifteen cents per page is assessed based upon the number of pages in your .pdf uploaded files. It is NOT based on how many pages are output and placed in the envelope. When you upload your documents, check to see how many pages are in the files you are uploading. This will determine the amount you will be charged. If you believe the charges are excessive, you can pre-reduce your document prior to upload and cut your bill in half.

To view a video about pre-reducing your documents please follow the link here: www.bkattorneyservices3.com/main/in_016.htm


Sincerely,

Matthew Reinisch
CertificateofService.com
PO Box 4590
Pasco, WA 99302
509-412-1356

3